IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

SHAWN LUDE SHUMATE,                                       CV. 06-23-ST

        Petitioner,                                       JUDGMENT

  v.

SHARON BLACKETTER,

        Respondent.

MARSH, Judge

    Based on the Record,

  IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, with prejudice.  Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is DENIED.  <u>See</u> 28 U.S.C. § 2253(c)(2).

    IT IS SO ORDERED.

    DATED this _1__ day of March, 2011.


                                        _/s/ Malcolm F. Marsh_____
                                        Malcolm F. Marsh
                                        United States District Judge